# Court of Appeals
# of the State of Georgia

ATLANTA, October 30, 2012

*The Court of Appeals hereby passes the following order*

**A13I0043. DON P. HARRIS & ASSOCIATES, LLC d/b/a HARRIS INSURANCE COMPANY v. DIANE LOCKLEAR.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

101808



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, October 30, 2012.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*